# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| WILLIAM L. LEWIS ) | |
|     Plaintiff(s) ) | |
| ) | |
| v. ) | Case No. 3:15-1476 |
| ) | Judge Hood/Frensley |
| ROBERT ARNOLD, et al. ) | |
|     Defendant(s) ) | |

## REPORT AND RECOMMENDATION

The Honorable E. Clifton Knowles previously entered an Order on May 18, 2016 (Docket No. 7), requiring Plaintiff to file with the Court a written explanation showing cause for his failure to prosecute this action. The Order required Plaintiff to file such explanation on or before June 7, 2016, and it also stated in pertinent part, "…his failure to respond to the order may cause the undersigned to recommend that his complaint be dismissed."

As of the date of the filing of this Report and Recommendation, Plaintiff has failed to comply with the Court's previous Order. Therefore, the undersigned recommends that this action be dismissed without prejudice.

Under Rule 72(b) of the Federal Rules of Civil Procedure, any party has fourteen (14) days after service of this Report and Recommendation in which to file any written objections to the Recommendation with the District Court. Any party opposing said objections shall have fourteen (14) days after service of any objections filed to this Report in which to file any response to said objections. Failure to file specific objections within fourteen (14) days of service of this Report and Recommendation can constitute a waiver of further appeal of this Recommendation. *See Thomas v. Arn,* 474 U.S. 140, 106 S.Ct. 466, 88 L. Ed. 2d 435 (1985), *reh'g denied,* 474 U.S. 111 (1986); 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72.

_____
JEFFERY S. FRENSLEY
United States Magistrate Judge