UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

WILLIAM L. LEWIS,

    Plaintiff,

v.

ROBERT ARNOLD, et al.,

    Defendants.
_____/

Case No. 3:15-cv-1476
Hon. Denise Page Hood

## ORDER ACCEPTING REPORT AND RECOMMENDATION AND DISMISSING ACTION WITHOUT PREJUDICE

This matter comes before the Court on Magistrate Judge Jeffery S. Frensley's Report and Recommendation. [#10] *Pro se* Plaintiff filed this action on December 8, 2015, alleging that Defendants violated his civil rights pursuant to 42 U.S.C. § 1983. The Magistrate Judge recommends that the Court dismiss Plaintiff's cause of action, without prejudice, for failure to prosecute and obey Court orders. Neither party filed an objection to the Report and Recommendation.

The Court has had an opportunity to review this matter and finds that the Magistrate Judge reached the correct conclusions for the proper reasons. Finding no error in the Magistrate Judge's Report and Recommendation, the Court adopts the Report and Recommendation in its entirety. Furthermore, as neither party has raised an objection to the Report and Recommendation, the Court finds that the parties have

waived any further objections to the Report and Recommendation. *Smith v. Detroit Fed'n of Teachers Local 231,* 829 F.2d 1370, 1373 (6th Cir. 1987) (a party's failure to file any objections waives his or her right to further appeal); *Thomas v. Arn*, 474 U.S. 140, 149 (1985).

For the reasons stated above,

**IT IS ORDERED** that the Report and Recommendation [Docket No. 10, filed December 1, 2017] is **ADOPTED** as this Court's findings of fact and conclusions of law.

**IT IS FURTHER ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE**.

|  |  |
|---|---|
|  | s/Denise Page Hood |
|  | DENISE PAGE HOOD |
| DATED: January 30, 2018 | UNITED STATES DISTRICT JUDGE |
|  | SITTING BY SPECIAL DESIGNATION |